# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

# M E M O R A N D U M

Honorable Dale A. Drozd
United States District Judge
Sacramento, California

                        RE:  Francisco Valencia-Arias
                              Docket Number: 0972 1:16CR00191-001
                              <u>**PERMISSION TO TRAVEL**</u>
                              <u>**OUTSIDE THE COUNTRY**</u>

Your Honor:

Francisco Valencia-Arias is requesting permission to travel to Michoacán, Mexico. The supervisee is presently being supervised by the Central District of California. On March 8, 2017, a petition was submitted requesting the Court modify the terms and conditions of supervision to include drug monitoring. Francisco Valencia-Arias is current with all other supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On April 24, 2012, Francisco Valencia-Arias was sentenced for the offense(s) of 21 USC 841(a)(1),(b)(1)(A)(viii),(b)(1)(D), and 846 – Conspiracy to Distribute and Possess with Intent to Distribute One or More of the Following Controlled Substances: Fifty (50) Grams or More of Methamphetamine (Actual) or Five Hundred (500) Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine; and Less Than Fifty (50) Kilograms of Marijuana.

**Sentence Imposed:** 90 months custody at the Bureau of Prisons as to Counts 1 and 26, 48 months as to Count 27, all counts to run concurrently; 5 years Supervised Release as to Counts 1 and 26, 1 year as to Count 27, all counts to run concurrently.

**Dates and Mode of Travel:** Mr. Valencia-Arias will depart once travel has been approved. He will travel from Los Angeles International Airport to General Mujica International Airport in

**RE:** Francisco Valencia-Arias
Docket Number: 0972 1:16CR00191-001
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Morelia, Michoacán, Mexico. He will be staying at his family residence located at Calle Nogal #143, Colonia Jardines Del Rincon, Morelia, Michoacán, Mexico.

**Purpose:** Mr. Valencia-Arias has requested permission to travel for a two-week period to visit his ill mother who suffered a heart attack and is currently hospitalized. The supervisee has provided documentation from the doctor who is treating his mother.

Respectfully submitted,

/s/ George A. Vidales
George A. Vidales
Supervising United States Probation Officer

Dated: April 26, 2017
Sacramento, California
GAV/sg

**REVIEWED BY:**   /s/ Jack C. Roberson
**Jack C. Roberson**
**Deputy Chief United States Probation Officer**

---

# ORDER OF THE COURT

**The Court orders:**

☒ Approved   ☐ Disapproved

IT IS SO ORDERED.

Dated: **May 3, 2017**

_____
UNITED STATES DISTRICT JUDGE

2

REV. 03/2017
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX